IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AS SUBROGEE OF RENEE GRIGGS<br>    *Plaintiff*, | § § § § § | |
| VS. | § § | CIVIL ACTION NO. _____ |
| UNITED STATES OF AMERICA<br>    *Defendant.* | § § § | |

## ORIGINAL COMPLAINT

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AS SUBROGEE OF RENEE GRIGGS, Plaintiff herein, files this Original Complaint complaining of the UNITED STATES OF AMERICA, Defendant, and for cause of action, Plaintiff shows:

### A. PARTIES AND NATURE OF THE CAUSE

1. Plaintiff, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AS SUBROGEE OF RENEE GRIGGS, is an underwriting company authorized to do business in the State of Texas and offers and provides insurance coverage to residents of the State of Texas. Plaintiff's property damages are due to the negligence of the United States of America and its driver, Jalal Hockett, who operated a motor vehicle in a negligent manner. At the time of the accident, Jalal Hockett was an employee of the U.S. Army.

2. The Defendant, UNITED STATES OF AMERICA, may be served by sending a copy of the summons and the complaint by e-mail to USATXS.CivilNotice@usdoj.gov and by certified mail to the civil-process clerk at the United States Attorney's office as follows: Civil Process Clerk, United States Attorney's Office, 1000 Louisiana St., Suite 2300, Houston, Texas 77002. The Defendant, UNITED STATES OF AMERICA, may be served by sending a copy of the summons and the complaint to the United States of

America Attorney General's office as follows: United State of America, Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001.

## B. JURISDICTION

3.  This is a Federal Tort Claims Act action under Title 28 of the United States Code, including 28 U.S.C. 1346b, 1402b, 2401b, and 2671 through 2680.

## C. VENUE

4.  Venue is proper in this district under 28 U.S.C. §1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this district.

## D. FACTS

5.  This lawsuit is relative to a motor vehicle accident which occurred on or about October 11, 2021, in Houston, Harris County, Texas, when the vehicle owned by Renee Griggs, and insured by Plaintiff, was struck by a vehicle owned by the U.S. Army and driven by the employee, Jalal Hockett.

6.  Jalal Hockett was an employee of the U.S. Army and was acting in the course and scope of his employment during the accident which caused Plaintiff's damages.

## E. FEDERAL TORT CLAIMS ACT

7.  At the time of the motor vehicle accident, Defendant's employee Jalal Hockett was driving in an unsafe and negligent manner and caused a collision with Plaintiff's insured's vehicle. Jalal Hockett had a duty to exercise ordinary care and operate the vehicle he was driving reasonably and prudently. The negligence of Jalal Hockett was the proximate cause of Plaintiff's damages as set forth herein.

8.  Under the laws of the State of Texas, a private person would be liable to Plaintiff for Jalal Hockett's acts or omissions. Thus, under 28 U.S.C. 2674, the UNITED

STATES OF AMERICA is liable to Plaintiff for its damages resulting from the accident in question.

## F. DAMAGES

9. As a result of the acts and/or omissions on the part of Defendant's employee, Plaintiff's insured, Renee Griggs, sustained damages to her vehicle in the amount of $4,878.28, which includes her $500.00 deductible. Pursuant to the insurance policy in effect for the date of loss, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY paid Renee Griggs pursuant to the terms of a Texas automobile insurance policy. By filing this lawsuit against the UNITED STATES OF AMERICA, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY is exercising its rights to both contractual and equitable subrogation created by the issuance of the payments.

10. Plaintiff hereby asserts its claim for damages as described above. All conditions precedent to Plaintiff's recovery have been performed or have occurred as required.

## G. PRAYER

11. WHEREFORE, Plaintiff requests judgment against Defendant for the following:

    i) Damages in the amount of $4,878.28;

    ii) Post Judgment Interest;

    iii) Costs of suit; and

iv) All other relief the Court deems appropriate.

        Respectfully Submitted,

        THE GARNER LAW FIRM

By:    <u>/s/ MATTHEW R. CHANEY</u>
       MATTHEW R. CHANEY
       TBA #24012411
       E-MAIL: mchaney@texassubro.com
       7660 Woodway Dr., Suite 250
       Houston, Texas 77063
       (713) 952-0122
       (713) 952-1660 FAX

       ATTORNEY-IN-CHARGE
       FOR PLAINTIFF